**1160**

Patricia E. GENTALA and Robert A. Gentala, Plaintiffs–Appellants– Cross–Appellees,

v.

The CITY OF TUCSON, Defendant– Appellee– Cross–Appellant.

Nos. 97–17062, 97–17069.

D.C. No.   CV–97–00327–FRZ

United States Court of Appeals, Ninth Circuit.

Filed Jan. 8, 2002

Before: SCHROEDER, Chief Judge, FERNANDEZ, T.G. NELSON, Kleinfeld, SILVERMAN, GRABER, McKEOWN, WARDLAW, W. FLETCHER, GOULD, and BERZON, Circuit Judges.

### ORDER

The motion for further briefing and oral argument is DENIED.

This case is before us on remand from the United States Supreme Court. *Gentala v. City of Tucson,* — U.S. —, 122 S.Ct. 340, 151 L.Ed.2d 256 (2001). We remand to the district court for reconsideration in light of *Good News Club v. Milford Central School,* 533 U.S. 98, 121 S.Ct. 2093, 150 L.Ed.2d 151 (2000), including such evidentiary proceedings as may be appropriate.

Judge Fernandez dissents.

\* The panel unanimously finds this case suitable for decision without oral argument.   Fed. R.App. P. 34(a)(2).